| | AUSA: Rawsthorne | Telephone: (810) 766-5177 |
|---|---|---|
| Special Agent: | Thompson, FBI | Telephone: (810) 239-5775 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
    v.

Kenneth Herman Gianlorenzo,

                Case: 4:26-mj-30299
                Judge: Ivy, Curtis
                Filed: 05-21-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 16, 2025 _____ in the county of _____ Genesee _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1470 | attempted transfer of obscene material to minors |
| 18 U.S.C. § 2260A | penalties for registered sex offender |

This criminal complaint is based on these facts:

There is probable cause to believe that Kenneth Herman Gianlorenzo for violations of 18 U.S.C. § 1470, relating to attempted transfer of obscene material to minors, and 18 U.S.C. § 2260A, related penalties for registered sex offenders, on May 16, 2025.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Justin Thompson, Special Agent, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __ May 21, 2026 __

_____
*Judge's signature*

City and state: __ Flint, MI __

Hon. Curtis Ivy, Jr. , United States Magistrate Judge
_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A CRIMINAL COMPLAINT
AND ARREST WARRANT**

I, Justin M. Thompson, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

1.      I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), United States Department of Justice (DOJ).  I have been so employed since March 2024.  I am currently assigned to the FBI's Detroit Division, Flint Resident Agency (FLRA) as a member of the Northeast Michigan Trafficking and Exploitation Crimes Task Force (NEMTEC) which is a Federal Bureau of Investigation (FBI) managed task force.  It is tasked with addressing Crimes Against Children and Human Trafficking threats in coordination and cooperation with its local and state partners. I was previously employee as a police officer for Livonia Police Department for eleven years. During my previous employment, I was assigned and investigated numerous criminal cases including investigations involving child victims. As part of my employment, I have received training in and been involved in investigations regarding human trafficking, exploitation of children, drug trafficking, money laundering, threats, financial crimes, crimes involving gang related activities, child pornography and other violations of federal law.  I have been involved with several investigations regarding child pornography and the

1

exploitation of children through the internet. I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

2.　This affidavit is made in support of an application for a criminal complaint and arrest warrant for Kenneth Herman Gianlorenzo for violations of 18 U.S.C. § 1470, relating to attempted transfer of obscene material to minors, and 18 U.S.C. § 2260A, penalties for registered sex offenders.

3.　The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information made available to me by other law enforcement professionals.  Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint and arrest warrant.

4.　Between May 2, 2025, and June 14, 2025, law enforcement, while acting in an undercover capacity, interacted on the social media application Reddit, with user, Pervdaddy84, regarding child exploitation. Within the conversation, Pervdaddy84 indicated a desire to have sexual contact with the undercover employees twelve-year-old daughter and explained their age preference was

2

between four to ten years old. Within the conversation, "Pervdaddy84" identified they were from Flint, Michigan.

5.    The FBI received an emergency disclosure from Reddit that user "Then-Inevitable-****" was planning to bring children to "Pervdaddy84" in Michigan for the purposes or engaging in sexual activity. Within that conversation, "Then-Inevitable-****" indicated he had a six and ten-year-old daughter, and an eight-year-old son they planned to have sexually exploited, shown below:

| | | |
|---|---|---|
| 2025-05-16 1:42:48 | Then-Inevitable-5601 | yeah, one of my girls is six 🙈 other one is 10 boys is an eight. I'm more bisexual. I love cock if you could pleasure my daughters and just let me eat your ass and suck your cock as payment and let my little boy suck your cock and maybe sit on your cock dressed up would you that would be cool |
| 2025-05-16 1:43:49 | PervDaddy84 | Why wouldn't I.  Fuck... |

Pervdaddy84 and Then-Inevitable-**** further described the plans shown below:

| | | |
|---|---|---|
| 2025-05-16 1:44:35 | Then-Inevitable-5601 | First of all, where are you at? Are you single? Can you host or be my motel? |
| 2025-05-16 1:46:01 | PervDaddy84 | I can host. Or meet at a hotel. Doesn't matter.  I'm in Flint |

"Then-Inevitable-****" subsequently requested an image of "Pervdaddy84" penis to show their daughter. He told "Pervdaddy84" that his daughter was right there at the time. "Pervdaddy84" follow up by sending two images of an adult male penis. The adult male exposing his genitals is on an olive-colored blanket with a distinct design. Additionally, the exposed male had pants pulled down to his knees exposing an orange and black waistband. Within the conversation, "Pervdaddy84" identified they were from Flint, Michigan. The user "Then-Inevitable-****" was identified as being in the state of New York, and the information was provided to New York Law Enforcement for immediate action. During the course of their conversation "Pervdaddy84" and the other user attempted to set up plans to meet for "Pervdaddy84" to have sex with at least some of the other user's children, which they discussed trying to do in Lapeer, Michigan. While it does not appear that the

4

other user actually had children, it is unclear if he had other minors that he had access to that he planned to use to meet with "Pervdaddy84."

6.      Reddit also reported to National Center for Missing and Exploited Children (NCMEC) and additional conversation between "Pervdaddy84" and Reddit user "emma-cums" that occurred on May 7, 2025. The Cybertip report number was 214331218. Within the conversation "emma-cums" indicated they have a nine-year-old daughter and asked "Pervdaddy84" if they had consent to take their daughters virginity but she would resist what would they do. "Pervdaddy84" responded "Tell her, Daddy loves her and she'll learn to like it, spread her lips and force it in." Within the conversation, "Pervdaddy84" identified they were from Michigan and "emma-cums" identified they were on the opposite side of the world. "emma-cums" described hands on sexual acts she had performed with her two children. The records provided by NCMEC show that "emma-cums" was identified to be located in the Netherlands, and the information was provided to the Dutch Child Exploitation Team.

7.      Reddit reported an additional conversation to NCMEC between "Pervdaddy84" and Reddit user "sadgurl000Idk" that occurred on April 9, 2025. Within the conversation, "sadgurl000Idk" indicated they were a minor by explaining they do not drive yet, addressing concerns on how to address their aunt if

5

Pervdaddy84 came over, and being fearful of getting in trouble. The context of the conversation further described knowledge of age detailed below:

sadgurl000Have you done stuff with someone my age before
sadgurl000I'm scared to be hurt
PervDaddy84Well I do love younger girls... so yeah. I wouldn't hurt you. I fall so deep in love. It's been forever and I just want someone that gets me and I can have a family with

Within the same conversation, "sadgurl000Idk" explained they were bathing, Pervdaddy84 attempted to solicit CSAM, this section of the conversation is detailed below:

PervDaddy84Did I lose you or you busy?
sadgurl000Sorry I was busy
sadgurl000I'm home now in the tub
PervDaddy84That's ok.  Can I see?  Lol
PervDaddy84Playing with your little kitty?
sadgurl000I'm scared to show you
sadgurl000No not yet
sadgurl000Should i
PervDaddy84Lol. Only if you want
PervDaddy84I bet it's perfect
PervDaddy84Would it make you feel like a big girl if you did?

8.      A subpoena was served to Reddit for "Pervdaddy84" which identified the email registered to the account as "amethyst****@yahoo.com." Reddit also provided IP logs for the "Pervdaddy84" account, which identified the top registered IP address as "174.210.226.1."

6

9.     A subpoena was served to Yahoo for "amethyst****@yahoo.com" which provided a registered telephone number of "239-785-****" and recovery telephone number of "239-994-****."

10.     A subpoena was served to Verizon for IP Address "174.210.226.1" along with the corresponding IP Log timestamps from the Reddit Records. Verizon provided Natting IP Records, which were subsequently turned over to Cellular Analysis Survey Team (CAST) Special Agent (SA) Sean Thomas for analysis.

11.     Upon SA Thomas analyzing the Verizon records, he was able to determine only one common identifier through all available IP Logs, which was telephone number "239-994-****." SA Thomas additionally searched telephone number "239-994-****" within Cash Application and identified a Cash App account in the name of "Ken Gianlorenzo" with an account username of "$KenLorenzo**."

12.     An open-source internet search was conducted for "Ken Gianlorenzo" within Michigan, which provided one individual with that name within the state of Michigan. The individual's full name was Kenneth Herman Gianlorenzo, date of birth (DOB) ****, 1984, with an address in Flint, Michigan. The search also identified an associated telephone number of "239-785-****."

13.	A search of the Michigan Secretary of State Database identified Kenneth Herman Gianlorenzo, DOB ****, 1984, listing his address as the same address in Flint, Michigan as the search in paragraph 12.

14.	A search of Kenneth Gianlorenzo's criminal history revealed a prior felony conviction for Sexual Assault from the State of New Hampshire. Due to the conviction, Gianlorenzo was a registered sex offender. It appears based upon the statute of conviction that Gianlorenzo's offense likely involved a minor.

15.	On May 12, 2026, a search of the Michigan Sex Offender Registry confirmed Gianlorenzo was in compliance with the sex offender registry, and his last reporting date was May 11, 2026. Through the Michigan Sex Offender Registry, Gianlorenzo reported that his address was the same address referenced in paragraphs 12 and 13, and listed his telephone number as 239-994-****..

16.	On May 12, 2026, the FBI executed federal search warrant to Verizon that indicated the device associated with the telephone number "239-994-****" was a Samsung SM-S166V, IMEI: 354261830648663.

17.	On May 20, 2026, the FBI executed a federal search warrant at Gianlorenzo's residence in Flint, Michigan. At the time of execution, Gianlorenzo was located in the house. Gianlorenzo was searched and a Samsung cell phone was seized from him, and on the back of the cell phone was a sticker listing IMEI:

354261830648663. Agents searched Gianlorenzo residence in Flint, Michigan, and located an olive blanket with distinct design that matched the blanket in the previously described image of the adult male exposing their genitals. Agents also located a pair of orange pajama pants, which appeared to match distinct waistband observed in the previously identified image.

18.     Based on the aforementioned facts, there is probable cause to believe that Kenneth Herman Gianlorenzo for violations of 18 U.S.C. § 1470, relating to attempted transfer of obscene material to minors, and 18 U.S.C. § 2260A, related penalties for registered sex offenders, on May 16, 2025.

_____
Justin M. Thompson
Special Agent

Sworn to before me and signed in my presence and/or by reliable electronic means on this 21st May, 2026.

_____
Hon. Curtis Ivy, Jr.
United States Magistrate Judge

9